**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Howard Gimbel and Marvin Davis    vs.    UBS Financial Services, Inc., F/K/A UBS Painewebber, Inc., and Charles Nicky Bank | FILED STAMP: JULY 30, 2008    08CV4319    JUDGE ZAGEL    MAG. JUDGE NOLAN J. N. |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Respondents UBS Financial Services, Inc., F/K/A UBS Painewebber, Inc., and Charles Nicky Bank

| NAME (Type or print) |
|---|
| Christian T. Kemnitz |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Christian T. Kemnitz |

| FIRM |
|---|
| Katten Muchin Rosenman LLP |

| STREET ADDRESS |
|---|
| 525 W. Monroe Street |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois  60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6237427 | 312-902-5379 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐