**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Howard Gimbel and Marvin Davis<br>           vs.<br>UBS Financial Services, Inc., F/K/A UBS Painewebber, Inc., and Charles Nicky Bank | Case Number:<br>FILED STAMP: JULY 30, 2008<br>08CV4319<br>JUDGE ZAGEL<br>MAG. JUDGE NOLAN<br>J. N. |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Respondents UBS Financial Services, Inc., F/K/A UBS Painewebber, Inc., and Charles Nicky Bank

| |
|---|
| NAME (Type or print)<br>Laura A. Bernatowicz |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     s/ Laura A. Bernatowicz |
| FIRM<br>Katten Muchin Rosenman LLP |
| STREET ADDRESS<br>525 W. Monroe Street |
| CITY/STATE/ZIP<br>Chicago, Illinois  60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6289055 | TELEPHONE NUMBER<br>312-902-5561 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐