UNITED STATES DISTRICT COURT
__NORTHERN__ DISTRICT OF __ILLINOIS__
__EASTERN__ DIVISION

| | | |
|---|---|---|
| Howard Gimbel and Marvin Davis, | ) | FILED STAMP: JULY 30, 2008 |
| | ) | 08CV4319 |
| v. | ) | No.   JUDGE ZAGEL |
| | ) | Judge MAG. JUDGE NOLAN |
| UBS Financial Services, Inc., F/K/A UBS Painewebber, Inc., and Charles Nicky Bank, | ) ) | J. N. |

**RULE 7.1 DISCLOSURE STATEMENT**
**NON-GOVERNMENTAL CORPORATE PARTIES**

This Disclosure Statement is filed by defendant(s) : UBS Financial Services, Inc., F/K/A UBS Painewebber, Inc., and Charles Nicky Bank

i)   Identify all its parent corporations, if any;
UBS Financial Services is 100% owned by UBS Americas, Inc.

and ii) List any publicly held company that owns 10% or more of the party's stock:
UBS AG, a publicly owned company, owns 100% of the stock of UBS America, Inc.

Attorney's ECF signature: Christian T. Kemnitz      Date: 07/30/08

Attorney's printed name:   Christian T. Kemnitz

Address:   525 West Monroe Street
           Chicago, IL 60661
Phone:     (312) 902-5370          Fax number: (312) 577-8619