**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| HOWARD GIMBEL AND MARVIN DAVIS | ) | |
| | ) | |
| | ) | |
| Petitioners, | ) | **Case No.:  08-cv-4319** |
| v. | ) | |
| | ) | **Honorable Judge James B. Zagel** |
| UBS FINANCIAL SERVICES, INC., F/K/A UBS | ) | |
| PAINEWEBBER, INC., AND CHARLES NICKY BANK, | ) | **Magistrate Judge Nan R. Nolan** |
| | ) | |
| Respondents. | ) | |
| | ) | |

TO:    William J. Harte            Edward T. Joyce
       William J. Harte, Ltd.      Rowena T. Parma
       111W. Washington Street     Edward T. Joyce & Associates, P.C.
       Suite 1100                  11 South LaSalle Street
       Chicago, Illinois 60601      Suite 1600
                                   Chicago, IL 60603


　　　　PLEASE TAKE NOTICE that on August 14, 2008 at 10:15 a.m. or as soon thereafter as the parties may be heard, counsel for Respondents UBS Financial Services, Inc. and Charles Nicky Bank will appear before the Honorable Judge James B. Zagel, or any other judge sitting in his stead in Room 2503 of the United States District Court for the Northern District of Illinois, 219 South Dearborn, Chicago, Illinois and present the attached *Motion Dismiss and To Confirm Arbitration Award* copies of which are attached hereto and hereby served upon you..


Dated: August 6, 2008                    By: _/s/ Christian T. Kemnitz_____
                                         One of the Attorneys for Respondents
                                         Arthur W. Hahn (Bar No. 1099027)
                                             arthur.hahn@kattenlaw.com
                                         Christian T. Kemnitz (Bar No. 6237427)
                                             christian.kemnitz@kattenlaw.com
                                         David J. Stagman (Bar No. 6217440)
                                             david.stagman@kattenlaw.com
                                         Laura A. Bernatowicz (Bar No. 6289055)
                                             laura.bernatowicz@kattenlaw.com
                                         **KATTEN MUCHIN ROSENMAN, LLP**
                                         525 West Monroe Street
                                         Chicago, Illinois 60661-3693
                                         (312) 902-5200
                                         (312) 902-1061 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2008, I caused the foregoing *Motion Dismiss and To Confirm Arbitration Award* to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

**Edward T. Joyce**
ejoyce@joycelaw.com

**Rowena T. Parma**
Email: rparma@joycelaw.com

**William J. Harte**
Email: wharte@williamharteltd.com


Dated:  August 6, 2008                              Respectfully submitted,


By:      /s/  Christian T. Kemnitz_____
         COUNSEL FOR RESPONDENTS UBS FINANCIAL
         SERVICES, INC. AND CHARLES NICKY BANK

         Arthur W. Hahn (Bar No. 1099027)
                 arthur.hahn@kattenlaw.com
         Christian T. Kemnitz (Bar No. 6237427)
                 christian.kemnitz@kattenlaw.com
         David J. Stagman (Bar No. 6217440)
                 david.stagman@kattenlaw.com
         Laura A. Bernatowicz (Bar No. 6289055)
                 laura.bernatowicz@kattenlaw.com
         KATTEN MUCHIN ROSENMAN, LLP
         525 West Monroe Street
         Chicago, Illinois 60661-3693
         (312) 902-5200
         (312) 902-1061 (fax)