IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| HOWARD GIMBEL, MARVIN DAVIS, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Case No.  08-CV-4319 |
| | ) | |
| UBS FINANCIAL SERVICES, INC., | ) | Judge Zagal |
| F/K/A UBS PAINEWEBBER, INC. and | ) | Mag. Judge Nolan |
| CHARLES NICKY BANK, | ) | |
| | ) | |
| Respondents. | ) | |

To:    Arthur W. Hahn
       Christian T. Kemnitz
       David J. Stagman
       Laura Bernatowicz
       KATTEN MUCHIN ROSENMAN, LLP
       525 West Monroe Street
       Chicago, Illinois  60661-3693

**PLEASE TAKE NOTICE** that on August 14, 2008 at 10:15 a.m. or as soon thereafter as the parties may be heard, counsel for Petitioners Howard Gimbel and Marvin Davis will appear before the Honorable Judge James B. Zagel, or any other judge sitting in his stead in Room 2503 of the United States District Court for the Northern District of Illinois, 219 South Dearborn, Chicago, Illinois and present the attached *Motion to Remand* copies of which are attached hereto and hereby served upon you.

Dated:  August 12, 2008

                                        By:   /s/  Edward  T.  Joyce
                                              One of their attorneys.

Edward T. Joyce
EDWARD T. JOYCE & ASSOCIATES, P.C.
11 South LaSalle Street, Suite 1600
Chicago, IL 60603
(312) 641-2600
Atty. I.D. 32513

William J. Harte
WILLIAM J. HARTE LTD.
111 West Washington Street, Suite 1100
Chicago, IL 60602
(312) 726-5015

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2008, I caused the foregoing *Motion to Remand* to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

**Arthur W. Hahn**
Arthur.hahn@kattenlaw.com

**Christian T. Kemnitz**
Christian.kemnitz@kattenlaw.com

**David J. Stagman**
David.stagmen@kattenlaw.com

**Laura A. Bernatowicz**
Laura.bernatowicz@kattenlaw.com

Dated August 12, 2008

By:  /s/  Edward  T.  Joyce_____